DISPOSITION OF PETITIONS FOR DISCRETIONARY REVIEW UNDER G.S. 7A-31

9 APRIL 2015

| 568A03-2 | State v. Larry Stubbs | 1. State's Motion for Temporary Stay | 1. Dismissed 09/16/2014 |
|---|---|---|---|
| | | 2. State's Petition for *Writ of Supersedeas* | 2. Dismissed as moot |
| | | 3. State's PWC to Review Order of COA | 3. Dismissed as moot |
| | | | **Ervin, J. and Beasley, J., recused** |